# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3174
LT Case No. 1997-CF-1882

_____

WARREN L. OLIVER,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Donna Goerner, Judge.

Warren L. Oliver, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

March 19, 2024

PER CURIAM.

 AFFIRMED.

LAMBERT, JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____